# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**United States of America,**                                    Criminal No. 08-178 (DSD / SRN)

       **Plaintiff,**

       **v.**                                                          **ORDER**

**Dino Cruz-Cruz (1), and**
**Mario Maya-Villa (2),**

       **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 11, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Maya-Villa's motion to suppress any physical evidence obtained from a search or seizure (Doc. No. 20) is DENIED;

2. Defendant Maya-Villa's motion to suppress any confessions (Doc. No. 21) is DENIED AS MOOT; and

3. Defendant Maya-Villa's motion for severance of defendants (Doc. No. 38) is DENIED AS MOOT.


DATED:  August 27, 2008.

                                      s/David S. Doty
                                      Judge David S. Doty
                                      United States District Court Judge